Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

NOV 25 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

_Deandre James #43555-039_
_F.C.I. Hazelton_
_P.O. Box 5000_
_Bruceton Mills W1. 26525_          )
(Full name under which you were convicted,
prison number, place of confinement, and
full mailing address)

Petitioner,

vs.

_Paul Adams_
(Name of Warden or other authorized person
where you are incarcerated)

Respondent.

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. _5:20 cv248_
(to be assigned by Clerk)

_Bailey_
_Mazzone_
_Blalock_

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions
which pertain to your claim(s).

1.   This petition concerns (check the appropriate box):

☑   a conviction
☐   a sentence
☐   jail or prison conditions
☐   prison disciplinary proceedings
☐   a parole problem
☐   other, state briefly: _____

_United States District Court_          6          _Northern District of West Virginia-2011_

**Attachment A**

_____
_____
_____

2.   Are you represented by counsel?   ☐  Yes   ☑ No

If you answered yes, list your counsel's name and address: _____

_____
_____

3.   List the name and location of the court which imposed your sentence:

_E. D. MICHIGAN_ _____

_____
_____

4.   List the case number, if known:  _09-CR-20177_

5.   List the nature of the offense for which the sentence was imposed:

_18 U.S.C. § 2119 (CARJACKING); 18 U.S.C. § 924(c) (BRANDISHING);_
_18 U.S.C. § 758 (FLEEING); 18 U.S.C. § 111 (ASSAULT, RESIST); AND_
_18 U.S.C. § 922(g)(1)_

6.   List the date each sentence was imposed and the terms of the sentence:

_DECEMBER 1, 2009_ _____

_____
_____

7.   What was your plea to each count? (Check one)

   ☐   Guilty
   ☑   Not Guilty
   ☐   Nolo Contendere

**Attachment A**

8.    If you were found guilty after a plea of not guilty, how was that finding made?

☑    A jury
☐    A Judge without a jury
☐    A Magistrate Judge without a jury

9.    Did you appeal from the judgment of conviction or imposition of the sentence?

☑    Yes        ☐    No

10.    If you did appeal, give the following information for each appeal:

A.    Name of Court: _Sixth Circuit_
B.    Result: _Affirmed_
C.    Date of Result: _Unknown_
D.    Grounds raised (List each one): _Reasonableness of the Sentence_
_____
_____
_____
_____
_____

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11.    Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?  This is called a post-conviction pleading.

☑    Yes        ☐    No

If your answer was yes, complete the following sections:

A.    First post-conviction proceeding:
1.    Name of Court: _E. D. Michigan_

Attachment A

    2.    Nature of Proceeding: *§ 2255*

    3.    Grounds Raised: *Ineffective Assistance*

    4.    Did you receive an evidentiary hearing ?  □ Yes   ☒ No

    5.    Result: *Denied*

    6.    Date of Result: _____

B.    Second post-conviction proceeding:

    1.    Name of Court: *E.D. Michigan*

    2.    Nature of Proceeding: *Successive § 2255*

    3.    Grounds Raised: *§ 924(c) under Davis*

    4.    Did you receive an evidentiary hearing ? □ Yes    ☒ No

    5.    Result: *Denied*

    6.    Date of Result: *2019*

C.    Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?

    1.    First proceeding:    ☒ Yes   □ No   Result: *Dismissed*

    2.    Second proceeding: ☒ Yes   □ No   Result: *Denied*

D.    If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____

_____

_____

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A.    U.S. Parole Commission unlawfully revoked my parole.

B.    Federal Bureau of Prisons unlawfully computed my sentence.

C.  Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.

D.  Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.

E.  There is an unlawful detainer lodged against me.

F.  I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.

G.  The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A.  Ground one:

The Supreme Court's Recent Decision Interpreting §922(g) And The Solicitor On Status Establishes The Indictment Fails To Charge An Offense.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

The Indictment Here Does Not Contain The Scienter Applicable To James's Status. In Addition, It Does Not Reflect §924(a)(2). From These Facts It Is Clear That The Grand Jury Never Found The Elements Essential To Charge An Offense.

B.  Ground two:

**Attachment A**

_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

C.    Ground three:

_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

D.    Ground four:

_____
_____
_____
_____
_____

**Attachment A**

Supporting facts:

_____

_____

_____

_____

_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

*WERE NOT AVAILABLE* _____

_____

_____

_____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

☐ Yes   ☑ No

1. If your answer to "A" above was yes, what was the result:

*N/A* _____

_____

_____

_____

**Attachment A**

2. If your answer to "A" above was no, explain:

   *N-A*

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

   ☐ Yes        ☑ No

1. If your answer to "B" above was yes, what was the result:

   *N/A*

2. If your answer to "B" above was no, explain:

   *N/A*

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

   1. Make **no** legal arguments.
   2. Cite **no** cases or statutes.

   *VACATE THE § 922(g)(1) CONVICTION*

16.    If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

*THE SUPREME COURT RECENTLY INTERPRETED § 922(g) AND IT WAS DECIDED AFTER JAMES'S § 2255 AND SINCE THIS DECISION IS SUBSTANTIVE HE CANNOT MEET THE REQUIREMENTS UNDER § 2244.*

Signed this ___5TH___ day of ___NOVEMBER___, ___2020___.
            (day)               (month)          (year)

_Deandre James_
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: ___11-5-20___     _Deandre James_
                                       Your Signature

**Attachment D**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_Deandre James_
_____

_____
*Your full name*

v.

Civil Action No.: _5:20cv248_

_Paul Adams, Warden,_
_____

_____

_____

*Enter above the full name of respondent in this action*

## Certificate of Service

I, _Deandre James_ (your name here), appearing *pro se*, hereby certify that

I have served the foregoing _§2241, Memorandum, And Page Motion_ (title of document

being sent) upon the respondent by depositing true copies of the same in the United States

mail, postage prepaid, upon the following counsel of record for the respondent on

_November 5, 2020_ (insert date here):


(List name and address of counsel for respondent)

_Paul Adams, Warden_
_P.O. Box 5000_
_Bruceton Mills, W.V. 26525_

_Deandre James_
(sign your name)